William M. Demlong (I.D. No. 012458)
Connie T. Gould (I.D. No. 013544)
**KUNZ PLITT**
**HYLAND & DEMLONG**
3838 N. Central Avenue
Suite 1500
Phoenix, Arizona 85012-1902
(602) 331-4600
wmd@kunzlegal.com
ctg@kunzlegal.com

Attorneys for Sun Life Assurance
 Company of Canada and Mednax
 Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Deon Christensen, a widowed woman,<br><br>Plaintiff,<br><br>v.<br><br>Sun Life Assurance Company of Canada, Mednax Services, Inc.; Does 1 Through 100, Inclusive,<br><br>Defendants. | No. CV-11-1298-PHX-NVW<br><br>**STIPULATION RE DISMISSAL OF DEFENDANT MEDNAX SERVICES, INC. WITH PREJUDICE** |

Sun Life Assurance Company of Canada ("Sun Life"), Mednax Services, Inc. ("Mednax") and Deon Christensen, by and through their undersigned counsel hereby stipulate as follows:

Sun Life agrees that it issued Policy no. 93724 to Pediatrix Medical Group Employee Benefit Plan ("Policy"), that Sun Life was the claims administer with respect to Plaintiff's claim for accidental death and dismemberment benefits under the Policy, and that it will satisfy the judgment Plaintiff obtains in this action, if any, for any failure

1  to pay benefits pursuant to the terms and conditions of the Policy, after the claim is fully
2  litigated and all rights to appeal have been exhausted or waived;

3  The parties stipulate that defendant Mednax Services, Inc. is not a necessary party
4  to this litigation and Sun Life agrees not to assert any defense alleging that the entity is a
5  necessary party;

6  Although Sun Life reserves its right to object to discovery outside the
7  administrative record, to the extent Plaintiff is permitted to propound discovery in this
8  action, any discovery propounded as to Mednax may be served upon undersigned counsel
9  and will be responded and/or objected to as if still a party to this action; and

10  In light of the above, the parties request that the Court dismiss defendant Mednax
11  Services, Inc. from this action with prejudice.

12  DATED this 14th day of September, 2011.

**KUNZ PLITT**
**HYLAND & DEMLONG**
A Professional Corporation

By    s/William M. Demlong
        William M. Demlong
        Connie T. Gould
        3838 N. Central Avenue, Suite 1500
        Phoenix, Arizona 85012-1902
        Attorneys for Defendant Sun Life
        Assurance Company of Canada and
        Mednax Services, Inc.

**Law Offices of Michael J. Ward, PLC**
A Professional Corporation

By    s/Michael J. Ward
        Michael J. Ward
        1300 North McClintock Drive, Suite B-4
        Chandler, AZ  85226
        Attorneys for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Michael J. Ward, Esq.
Law Offices of Michael J. Ward, PLC
1300 North McClintock Drive, Suite B-4
Chandler, AZ  85226

Kelly LoCascio, Esq.
LoCascio Law Group, PLLC
9203 North 127th Street
Scottsdale, AZ  85259
Attorneys for Plaintiff


       s/L. Gilroy