William M. Demlong (I.D. No. 012458)
Connie T. Gould (I.D. No. 013544)
**KUNZ PLITT**
**HYLAND & DEMLONG**
3838 N. Central Avenue
Suite 1500
Phoenix, Arizona 85012-1902
(602) 331-4600
wmd@kunzlegal.com
ctg@kunzlegal.com

Attorneys for Sun Life Assurance
 Company of Canada

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DEON CHRISTENSEN, a widowed woman,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | No. CV-11-1298-PHX-NVW<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Deon Christensen and Defendant Sun Life Assurance Company of Canada have reached a settlement in this matter.  It is anticipated that appropriate settlement documents and pleadings will be completed and/or filed with the Court within thirty (30) days.

DATED this 18th day of November, 2011.

**KUNZ PLITT
HYLAND & DEMLONG**
A Professional Corporation


By ___s/Connie T. Gould_____
   William M. Demlong
   Connie T. Gould
   3838 N. Central Avenue
   Suite 1500
   Phoenix, Arizona 85012-1902
   Attorneys for Defendant Sun Life Assurance
     Company of Canada

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Michael J. Ward, Esq.
Law Offices of Michael J. Ward, PLC
1300 North McClintock Drive, Suite B-4
Chandler, AZ  85226

Kelly LoCascio, Esq.
LoCascio Law Group, PLLC
9203 North 127th Street
Scottsdale, AZ  85259
Attorneys for Plaintiff


    s/Cindy Noeding