IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deon Christensen,<br><br>     Plaintiff,<br><br>vs.<br><br>Sun Life Assurance Company of Canada, et al.,<br><br>     Defendants. | No. CV-11-01298-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 19) filed on December 20, 2011, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation to Dismiss with Prejudice (Doc. 19).

IT IS FURTHER ORDERED directing the Clerk of the Court to dismiss the above-entitled action with prejudice, with each party to bear their own attorneys' fees anc costs.

DATED this 20th day of December, 2011.

_____
Neil V. Wake
United States District Judge